# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 14, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147187(47)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellant,

v

RYAN CHRISTOPHER SMITH,
          Defendant-Appellee.

_____/

SC: 147187
COA: 312242
Wayne CC: 11-001972-FH

On order of the Chief Justice, the motion of defendant-appellee to extend the time to file his brief on appeal is GRANTED. The brief submitted on March 12, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 14, 2014



Clerk